# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OXFORD IMMUNOTEC LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> QIAGEN N.V., ) <br> QIAGEN, INC., ) <br> QUEST DIAGNOSTIC INCORPORATED, ) <br> and ) <br> LABORATORY CORPORATION OF ) <br> AMERICA HOLDINGS, ) <br> ) <br> Defendants. | Civil Action No.: 1:15-cv-13124-NMG |

## JOINT MOTION FOR SCHEDULING ORDER

Plaintiff Oxford Immunotec Limited ("Oxford") and defendants Qiagen, Inc. ("Qiagen"), Quest Diagnostics Incorporated ("Quest"), and Laboratory Corporation of America Holdings ("LabCorp") respectfully request that the Court enter the joint proposed Scheduling Order, attached as Exhibit A. As grounds for this request, the parties state as follows:

1. The Court held a scheduling conference in this matter on November 22, 2016. *See* ECF No. 97.

2. During the conference and in the scheduling order following the conference, certain dates established by the Court fell on weekend days. ECF No. 97.

3. The Court indicated to the parties that they may resolve the weekend dates, and the parties have done so, as set forth in Exhibit A.

4. The dates set forth in Exhibit A track the Court's scheduling order, but adjust dates falling on weekend days to non-weekend days.

*Motion allowed.* /s/ NMGorton, USDJ 12/8/16