IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OXFORD IMMUNOTEC LTD., <br><br> Plaintiff, <br><br> v. <br><br> QIAGEN N.V., QIAGEN, INC., QUEST DIAGNOSTICS INC., and LABORATORY CORPORATION OF AMERICA HOLDINGS, <br><br> Defendants. | Civil Action No. 1:15-cv-13124-NMG <br><br> **PUBLIC VERSION** |

**PLAINTIFF OXFORD IMMUNOTEC LTD.'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING WILLFUL INFRINGEMENT**

**LEAVE TO FILE GRANTED NOVEMBER 17, 2017**

Plaintiff Oxford Immunotec Limited ("Oxford") hereby moves pursuant to Fed. R. Civ. P. 56 for partial summary judgment on Defendant Qiagen, Inc.'s ("Qiagen") willful infringement, in the event that the Court or jury determines that Qiagen infringes the patents.

Over the last year, Qiagen has consistently provided Oxford, and the Court, with false, misleading, and incomplete information regarding its pre-suit knowledge of Oxford's asserted patents—a key issue for determining willful infringement. Only on October 27, 2017, two months after the close of fact discovery and after an unambiguous representation to this Court that "[t]here's no one at the company who has direct knowledge of this," did Qiagen finally turn over court-ordered discovery which pulled back the curtain on Qiagen's misrepresentations and revealed the massive extent of Qiagen's efforts to hide from Oxford and the Court its knowledge of the patents and the involvement of its employees who have participated in this case.

1

Oxford bases this motion in large part on the significant new facts learned less than a week ago from Qiagen's court-ordered discovery, which remove any genuine dispute that Qiagen's infringement was willful. The undisputed facts show that: ███████████
████████████████████████████████████████
███████████████████████████████
███████████████████████████████
███████████████████████████████
████████████████

In support of this motion, Oxford relies on the accompanying Memorandum of Law[1], the Statement of Undisputed Facts, the Declaration of Gourdin Sirles and accompanying exhibits, all filed concurrently herewith, as well as any other evidence it adduces prior to a hearing on the merits.

**WHEREFORE**, Oxford respectfully requests that the Court grant Oxford's Motion for Summary Judgment and grant such further relief as the Court may deem just and proper.

---

[1] Since the filing of Oxford's Motion for Leave to file the present motion for summary judgment, Oxford identified a small number of typographical errors that have been corrected in the accompanying Memorandum of Law and Statement of Facts—most significantly, inadvertent references to one individual, Tony Radford, as another individual, Jim Rothel. Other than correcting such typographical issues in the Memorandum of Law and Statement of Undisputed Facts, the documents remain identical to those submitted to the Court on November 3.

Dated: November 20, 2017                    /s/ *Steven M. Bauer*
                                            Steven M. Bauer (BBO #542531)
                                            Kimberly A. Mottley (BBO #651190)
                                            Gourdin W. Sirles (BBO #679821)
                                            James R. Anderson (BBO #693781)
                                            PROSKAUER ROSE LLP
                                            One International Place
                                            Boston, MA  02110-2600
                                            Telephone: (617) 526-9600
                                            Facsimile: (617) 526-9899
                                            sbauer@proskauer.com
                                            kmottley@proskauer.com
                                            gsirles@proskauer.com
                                            jaanderson@proskauer.com

                                            -and-

                                            Siegmund Y. Gutman (*pro hac vice*)
                                            Thomas C. Chen (*pro hac vice*)
                                            PROSKAUER ROSE LLP
                                            2049 Century Park East
                                            32nd Floor
                                            Los Angeles, CA  90067-3206
                                            Telephone: (310) 557-2900
                                            Facsimile: (310) 557-2193
                                            sgutman@proskauer.com
                                            tchen@proskauer.com


                                            ATTORNEYS FOR PLAINTIFF
                                            OXFORD IMMUNOTEC LTD.

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2017, I caused a true and correct copy of the foregoing document to be filed through the CM/ECF system which will send electronic copies to all counsel of record.

/s/ *Steven M. Bauer*
Steven M. Bauer

4