United States District Court
District of Massachusetts

| | |
|---|---|
| Oxford Immunotec Ltd., <br><br> Plaintiff, <br><br> v. <br><br> Qiagen N.V., Qiagen, Inc., Quest Diagnostics Inc., and Laboratory Corporation of America Holdings, <br><br> Defendants. | Civil Action No. 15-13124-NMG |

## ORDER

GORTON, J.

After careful consideration of plaintiff's objections to Magistrate Judge Cabell's order of October 2, 2017, pending motions for summary judgment and accompanying memoranda in opposition and reply:

- Plaintiff's objections to magistrate order on plaintiff's motions to strike (Docket No. 285) are **OVERRULED**;

- Plaintiff's motion for summary judgment (Docket No. 293) is, with respect to defendants' affirmative defense of equitable estoppel, **ALLOWED** but is otherwise **DENIED**;

- Plaintiff's motion for partial summary judgment regarding willful infringement (Docket No. 308) is **DENIED**;

- Defendants' motion for summary judgment of non-infringement (Docket No. 297) is **DENIED**.

-1-

A memorandum and order explaining the Court's reasons for its rulings will follow.

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated December 8, 2017